

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-17-00189-CV

Robert **MARTINEZ**,
Appellant

v.

Emilia C. **MARTINEZ**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06633
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellant Robert Martinez is currently an inmate and is acting pro se in this appeal pertaining to his petition for divorce.

On February 28, 2017, the trial court granted Appellant's motion for continuance and set his trial for July 24, 2017. On March 30, 2017, Appellant filed a notice of appeal citing cause number 2016-CI-06633. His notice complains he has been denied the following:

- appointment of counsel in his civil trial,
- subpoena process,
- documents, transcripts from case number 2008-CI-01073,
- rendition of case number 2008-CI-01073,
- findings of fact and conclusions of law,
- adequate law library,
- equal and fair access to the courts,
- equal protection of the law,
- due process protection, and
- discovery.

Generally, "an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as

necessary to carry out the decree." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The appellate record does not appear to contain an appealable order or final judgment.

We ORDER Appellant to show cause within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely file written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court